UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH DARNELL REDD,<br><br>        Plaintiff,<br><br>v.<br><br>GOLDEN HILL SUBACUTE AND REHABILITATION CENTER; and SHARP MEMORIAL HOSPITAL,<br><br>        Defendants. | Case No.: 3:15-cv1588-JLS-BGS<br><br>**ORDER DENYING MOTION FOR APPOINTMENT OF ATTORNEY**<br><br>(ECF No. 7) |

  Plaintiff Ralph Darnell Redd, currently incarcerated at Federal Correctional Institution located in Mendota, California, and proceeding pro se, has filed a Motion for Appointment of Attorney (ECF No. 7).

  On July 16, 2015, Plaintiff filed a civil rights complaint ("Compl.") pursuant to 42 U.S.C. § 1983, along with an application to proceed in forma pauperis. (ECF Nos. 1, 2.) On July 29, 2015, Plaintiff submitted correspondence to this Court that indicated that he intended to file an amended complaint in *Redd v. Golden Hill, et al.*, S.D. Cal. Civil Case No. 15cv0880 BEN (NLS), rather than a new and separate action. (*See* ECF No. 4.) On August 10, 2015, this Court dismissed the Complaint and directed the Clerk of Court to file the Complaint as an Amended Complaint in *Redd v. Golden Hill, et al.*, S.D. Cal. Civil

1 | Case No. 15cv0880 BEN (NLS).  (*See* ECF No. 5.)

2 |     On November 17, 2020, Plaintiff submitted the present Motion for Appointment of
3 | Attorney.  Because well over five years have passed since Plaintiff's case was closed, the
4 | Court declines to reopen Plaintiff's case.  If Plaintiff would like to pursue an alleged civil
5 | rights violation under 42 U.S.C. § 1983, he must (1) submit a new Complaint, which will
6 | be opened as a new case and given a new case number, and (2) pay the requisite $5.00
7 | filing fee or move to proceed in forma pauperis in that new case.

8 |     Accordingly, this action **REMAINS DISMISSED**. This case remains **CLOSED.**
9 |     **IT IS SO ORDERED.**

10 | Dated:  November 19, 2020

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge